Electronically Filed
Erica L. Woodford, Clerk
Bibb County Superior Court
Docket Date: 8/7/2020 10:57 AM
Pamela S Hamm

Attorney: THE HELMS LAW FIRM, P.C.

SUPERIOR COURT STATE OF GEORGIA
COUNTY OF BIBB

Index No. 2020-CV-072543

SANDRA MIDDLEBROOKS

Plaintiff(s)

- against -

MACON OPERATING, LLC D/B/A FOUNTAIN BLUE REHAB AND NURSING, ET AL.

Defendant(s)

AFFIDAVIT OF SERVICE OF:
SUMMONS, COMPLAINT AND PLAINTIFF'S FIRST ***

STATE OF NEW YORK: COUNTY OF WESTCHESTER SS:

PEDRO J. RODRIGUEZ BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 08/04/20 at 1212 Hours at 1339 54TH STREET APT. 3 BROOKLYN, NY 11219 deponent served the within SUMMONS, COMPLAINT AND PLAINTIFF'S FIRST *** on PINNY ZWEIG therein named.

**INDIVIDUAL A** ☐ by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person therein. (S) He identified (her) himself as such.

**CORPORATION B** ☐ a (domestic) (foreign) corporation by delivering thereat a true copy of each to personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be thereof

**SUITABLE AGE PERSON C** ☒ by delivering thereat a true copy of each to JOHN DOE (REFUSED TO GIVE NAME) a person of suitable age and discretion. Said premises is defendant's (actual place of business) (dwelling house) (usual place of abode) within the state. (S) He identified (her) himself as CO-TENANT of defendant

**AFFIXING TO DOOR, ETC. D** ☐ by affixing a true copy of each to the door of said premises, which is defendant's (actual place of business) (dwelling house) (usual place of abode) within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion, thereat, having called there on the dates below:

***FIRST INTERROGRTORIES & REQUEST FOR PRODUCTION OF DOCUMENTS

**MAILING USE WITH C or D** ☒ Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to the above defendant at 1339 54TH STREET APT. 3 BROOKLYN, NY 11219 and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State. Mailed on 08/06/20 BY FIRST CLASS MAIL

Deponent further states that he describes the person actually served as follows
Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.)
MALE

REFUSED TO OPEN THE DOOR FOR FULL DESCRIPTION

**MILITARY SERVICE** ☒ Person spoken to was asked whether the defendant was (were) in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person(s) so served as aforesaid to be the same person(s) mentioned and described as the defendant in this action.

* MAILED TO THE ABOVE ADDRESS IN AN ENVELOPE MARKED PERSONAL & CONFIDENTIAL

**USE IN NYC CIVIL CT.** ☐ The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons (es).

Sworn to before me on the 08/06/20

GERI L. FRAGETTE
Notary Public, State of New York
No. 01AL5047399
Qualified in Westchester County
Commission Expires July 31, 2021

PEDRO J. RODRIGUEZ
LICENSE No. 2024701

# 189044

STATE PROCESS SERVING COMPANY · Yorktown Heights, New York 10598 · 914-243-5817

PH