Electronically Filed
Erica L. Woodford, Clerk
Bibb County Superior Court
Docket Date: 8/13/2020 3:29 PM
189156-SPS
Tiara D. Chambliss

IN THE SUPERIOR COURT OF BIBB COUNTY
STATE OF GEORGIA

2020-CV-072543

**Plaintiff / Petitioner:**
SANDRA MIDDLEBROOKS

**Defendant / Respondent:**
MACON OPERATING, LLC D/B/A FOUNTAIN BLUE REHAB AND NURSING, ET. AL.

State of New York County of Dutchess ss.:

**AFFIDAVIT OF SERVICE**

Index No:
2020-CV-072543
Date Filed: July 10, 2020

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in New York State. That on Thu, Aug 06 2020 AT 12:53 PM AT 7 ELM STREET UNIT 101, SPRING VALLEY, NY 10977 deponent served the within SUMMONS, COMPLAINT AND PLAINTIFF'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS on MENDEL BRECHER

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to Helen Zweig a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked personal and confidential properly addressed to said defendant at defendant's last known residence, ABOVE ADDRESS, to be mailed by first class mail and depositing said wrapper in a post office, official depository, under the exclusive care and custody of the United States Post Office department, with New York State. Mailed on 8-13-20.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 30-35   Ethnicity: Caucasian   Gender: Female   Weight: 150-170
Height: 5'4"-5'7"   Hair: Brown   Eyes: _____   Relationship: Friend / Co-Tenant
Other

Roberto Cedeno

Sworn to before me on 8/10/2020

Notary Public

ELIZABETH BRITO-RODRIGUEZ
Notary Public, State of New York
No. 01BR6316941
Qualified in Dutchess County
Commission Expires Dec. 22, 2022

TC

Hasler
08/13/2020
US POSTAGE
FIRST-CLASS MAIL
$02.80
ZIP 10598
011D12811294

(WT#189156)

MENDEL BRECHER
7 ELM STREET UNIT 101
SPRING VALLEY, NY 10977