# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| SANDRA MIDDLEBROOKS, as Surviving Daughter and Next Kin of Arthur L. Smith, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>MACON OPERATING, LLC d/b/a FOUNTAIN BLUE REHAB AND AND NURSING, *et al.*,<br><br>Defendants. | CIVIL ACTION<br>FILE NO.: 5:20-CV-00323-MTT |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

The parties hereby stipulate to a voluntary dismissal with prejudice in the above-captioned action.

So Stipulated, this 7th day of April, 2022.

s/ J. Jeffrey Helms
J. Jeffrey Helms
The Helms Law Firm
10 N. College Street
P.O. Box 537
Homerville, Georgia 31634
(912) 487-5377
E: jeffhelms@helmslaw.com

s/ Katherine L. McArthur
Katherine L. McArthur
Lindsey S. Macon
Caleb F. Walker

McArthur Law Firm
6055 Lakeside Commons Drive, Suite 400
Macon Georgia 31210-5790
(478) 238-6600 – Phone
(478) 238-6607 – Facsimile
E: kmcarthur@mcarthurlawfirm.comE: lmacon@mcarthurlawfirm.com
E: cwalker@mcarthurlawfirm.com


s/ H. Eric Hilton
H. Eric Hilton
Hall Booth Smith PC 191
Peachtree Street NE
Atlanta Georgia 30303-1775
(404) 954-5000
E: ehilton@hallboothsmith.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served counsel of record with a copy of the within and foregoing *STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE* via email upon:

H. Eric Hilton
Hall Booth Smith PC
191 Peachtree Street NE
Atlanta Georgia 30303-1775
(404) 954-5000
(678) 539-1515 (facsimile)
ehilton@hallboothsmith.com

This 7TH day of April, 2022.

**THE HELMS LAW FIRM, P.C.**

*s/ J. Jeffrey Helms*
J. Jeffrey Helms
Ga. Bar No. 344510
Attorney for Plaintiff

P. O. Box 537 Homerville,
Georgia 31634 T: 912.487.5377
F: 912.487.5827
E: jeffhelms@helmslaw.com